# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| NORA OUSHANA, et al., | CASE NO.: 1:16-cv-01782-AWI-SAB |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE ELECTROLUX NORTH AMERICA, INC. AND ELECTROLUX USA, INC. AS PARTIES IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a) |
| vs. | |
| LOWE'S COMPANIES, INC., et al., | |
| Defendants. | (ECF No. 6) |

On December 21, 2016, the parties filed a stipulation to dismiss Electrolux North America, Inc. and Electrolux USA, Inc.  Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  In light of the stipulation of the parties, Defendants Electrolux North America, Inc. and Electrolux USA, Inc., shall be terminated in this action, with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

IT IS SO ORDERED.

Dated:   **December 22, 2016**

UNITED STATES MAGISTRATE JUDGE