# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA OUSHANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, LLC, et al., <br><br> Defendants. | Case No. 1:16-cv-01782-AWI-SAB <br><br> ORDER VACATING APRIL 12, 2017 HEARING AND TAKING MATTER UNDER SUBMISSION |

Plaintiffs filed a motion for leave to amend the complaint, which is set for hearing on April 12, 2017, at 10:00 a.m. in Courtroom 9.

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on April 12, 2017, at 10:00 a.m. is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **April 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1