# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA OUSHANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, LLC, et al., <br><br> Defendants. | Case No. 1:16-cv-01782-AWI-SAB <br><br> ORDER RE DESIGNATION OF COUNSEL FOR SERVICE <br><br> (ECF No. 23) |

On June 27, 2017, Richard Stuhlbarg, counsel for Defendant Electrolux Home Products, Inc. ("Defendant Electrolux") filed a designation of counsel for service. (ECF No. 23.) The designation of counsel states that Defendant Lowe's Home Centers, LLC ("Defendant Lowe's") designates Mr. Stuhlbarg and Lauren Miller, counsel for Defendant Electrolux, as counsel for service for Defendant Lowe's in this action. It also states that Diana Rivera and Charles May are no longer counsel of record for Defendant Lowe's.

The designation of counsel for service (ECF No. 23) is essentially a request for substitution of attorneys. However, it does not comply with Local Rule 182(g), which provides the requirements for substitution of attorneys. Pursuant to Local Rule 182(g):

> An attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, and the client. All substitutions of attorneys shall require the approval of the Court, and the words

1

"IT IS SO ORDERED" with spaces designated for the date and signature of the Judge affixed at the end of each substitution of attorneys.

L.R. 182(g).

The designation of counsel for service (ECF No. 23) is not signed by the withdrawing attorneys or the client. As the designation of counsel for service (ECF No. 23) does not comply with Local Rule 182(g), the substitution of attorneys is not effective until counsel comply with Local Rule 182(g).

Accordingly, IT IS HEREBY ORDERED that if Defendant Lowe's counsel, Mr. May and Ms. Rivera, intend to substitute other attorneys and thereby withdraw from this action, they shall comply with Local Rule 182(g). At this time, Ms. Rivera and Mr. May are still counsel of record for Defendant Lowe's. Additionally, Mr. Stuhlbarg and Ms. Miller are not counsel of record for Defendant Lowe's.

IT IS SO ORDERED.

Dated: **June 28, 2017**

UNITED STATES MAGISTRATE JUDGE