UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORA OUSHANA, an individual; SCARLET KARAMIAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LOWE'S COMPANIES, INC., a North Carolina corporation; LOWE'S HIW, INC., a California corporation; ELECTROLUX NORTH AMERICA, INC., a North Carolina corporation, <br><br> Defendants. | CASE NO.: 1:16-cv-01782-AWI-SAB (Removed from Stanislaus County Superior Court, Case No. 2021278) <br><br> **ORDER <u>GRANTING IN PART</u> AND <u>DENYING IN PART</u> DEFENDANTS' REQUEST TO WAIVE PERSONAL APPEARANCE OF REPRESENTATIVE AT MSC** <br><br> **Trial:** March 13, 2018 <br><br> **MSC: December 7, 2017** <br> **Time: 1:00 p.m.** <br> **Courtroom: 6** <br><br> **Magistrate Judge: Hon. Michael J. Seng** |

This matter has been set for a Mandatory Settlement Conference ("MSC") on December 7, 2017, at 1:00 p.m. with United States Magistrate Judge Michael J. Seng.

Defendant Lowe's Home Centers, LLC is being defended and indemnified by Defendant Electrolux Home Products, Inc. so no consent to settle is required. As such, this defendant requests that it be excused from attending the MSC.

Defendant Electrolux Home Products, Inc. further requests that its representative be excused from personal attendance at the Mandatory Settlement Conference in the above-referenced matter due to the fact that Electrolux Home Products, Inc. has its principal place of

business in North Carolina.

Defendant Electrolux Home Products, Inc. represents that its representative, with authority to settle this matter, will be available by telephone for the entire duration of the Mandatory Settlement Conference.

Having considered the foregoing and the Court's conviction that a productive Settlement Conference is in the best interests of both parties and the Court and that the likelihood for a productive conference is substantially enhanced by having all essential parties personally present throughout the conference, IT IS HEREBY ORDERED that:

- Defendant Lowe's Home Centers, LLC is excused from attending the MSC.
- **Defendant Electrolux Home Products**, Inc. must have a **representative with full authority** to settle this case **personally present** at the December 7, 2017, Mandatory Settlement Conference in Fresno, California.

IT IS SO ORDERED.

Dated:   November 20, 2017          /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2017, I filed the foregoing document entitled **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO WAIVE PERSONAL APPEARANCE OF REPRESENTATIVE AT MSC** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/Richard L. Stuhlbarg*
Richard L. Stuhlbarg