# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA OUSHANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, LLC, et al., <br><br> Defendants. | Case No. 1:16-cv-01782-AWI-SAB <br><br> ORDER EXTENDING TIME TO FILE DISPOSITIVE DOCUMENTS <br><br> (ECF No. 49) <br><br> DEADLINE: MARCH 15, 2018 |

The parties had a settlement conference before Magistrate Judge Michael J. Seng on December 7, 2017. The matter settled and the parties were ordered to file dispositional documents within sixty days. On February 5, 2018, Defendants filed a declaration stating that they are still in the process of completing the settlement.

Accordingly, IT IS HEREBY ORDERED that the time for the parties to file dispositional document shall be extended to March 15, 2018.

IT IS SO ORDERED.

Dated: __**February 6, 2018**__

UNITED STATES MAGISTRATE JUDGE

1