**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORA OUSHANA, an individual; and SCARLET KARAMIAN, an individual, | **CASE NO. 1:16-cv-01782-AWI-SAB** |
| Plaintiffs, | **ORDER ENTERING STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| v. | |
| LOWE'S COMPANIES, INC.,, a North Carolina corporation; LOWE'S HIW, INC., a California corporation; ELECTROLUX NORTH AMERICA, INC., a North Carolina corporation | |
| Defendants. | |

Plaintiffs Nora Oushana and Scarlet Karamian brought this product liability action in Stanislaus County Superior Court on August 10, 2016. Defendants Lowe's Companies, Inc., and Electrolux North America, Inc., removed this action to this Court on November 23, 2016. After several rounds of motions to dismiss the parties informally resolved the matter and have stipulated to dismissal of this action with prejudice. The parties agree to each bear their own costs, expenses, and fees. According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (a)(1)(B), such notice operates as a dismissal with prejudice.

The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   March 14, 2018   _____

SENIOR  DISTRICT  JUDGE

1